PROB 12C
(6/16)

Report Date: November 7, 2017

# United States District Court

### for the

### Eastern District of Washington


FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 7 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Hermenejido Escalera-Valencia | | Case Number: 0980 1:17CR02049-LRS-1 |
| Address of Offender: | | |
| Name of Sentencing Judicial Officer: The Honorable Robert E. Jones, Senior U.S. District Judge | | |
| Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | | |
| Date of Original Sentence: April 11, 2013 | | |
| Original Offense: | Conspiracy to Manufacture Marijuana, 21 U.S.C. §§ 841(a)(1);(b)(1)(B)(vii) and 846 | |
| Original Sentence: | Prison - 51 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: May 14, 2014 |
| Defense Attorney: | Jeffrey Dahlberg | Date Supervision Expires: May 13, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court in the District of Oregon on 04/14/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: An indictment was filed in the Eastern District of Washington on June 13, 2017, charging that Mr. Escalera-Valencia committed the crime of Alien in U.S. After Deportation, in violation of 8 U.S.C. § 1326, on or about April 7, 2017, case number 1:17CR2026-LRS.<br><br>Mr. Escalera-Valencia, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about June 27, 2014, at Hidalgo, Texas, was found in the Eastern District of Washington, and he did not have the express consent of the Attorney General or the Attorney General's successor or the Secretary of the Department of Homeland Security to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326. |

Prob12C
Re: Escalera-Valencia, Hermenejido
November 7, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/07/2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/7/2017
Date